UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSTY LEE ROUSE,

            Plaintiff,

v.

MASON COUNTY, *et al.*,

            Defendants.

CASE NO. 3:24-cv-05068-TL-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any,[1] and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is **DISMISSED without prejudice** in light of Plaintiff's failure to prosecute and in accordance with Rule 41(b) of this Court's Local Rules.

(3) In addition, Defendants' Motions for Summary Judgment (Dkts. 52, 57) are **DENIED as moot**.

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 4th day of August, 2025.

TANA LIN
United States District Judge

---

[1] The Court received no objections to Judge Leupold's Report and Recommendation. Moreover, the Court's last two mailings to Plaintiff, including the Report and Recommendation, have been returned as undeliverable. *See* Dkt. Nos. 63, 65. Parties are responsible for keeping the Court apprised of their mailing address and have an obligation to inform the Clerk's Office of any change in address. LCR 10(f). Plaintiff's failure to do so is further demonstrative of his failure to prosecute this case.

ORDER ADOPTING REPORT AND RECOMMENDATION – 1